MARK MORGAN ET AL., EXECUTORS, ETC., APPELLANTS, v. BOARD OF TRUSTEES OF TEACHERS' PENSION AND ANNUITY FUND OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted February 17, 1939—Decided April 21, 1939.

For the appellants, *Frank I. Casey.*

For the respondent, *Lindabury, Depue & Faulks.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 12.

*For reversal*—None.